| | |
|---|---|
| **From:** | Mike Brooks |
| **To:** | Galloway, Stephen |
| **Cc:** | Lee, Rachel C.; Keating, Reilley; Holland, Darise |
| **Subject:** | Re: Brooks v. Agate Resources; Ninth Circuit Case No. 19-35547 [SR-ACTIVE.FID3130539] |
| **Date:** | Thursday, May 21, 2020 11:35:52 AM |

Again, and I have filed thus with the Court, my understanding is that those exhibits are HIPAS protected and cannot be given to you. However, as I have noted many times, all if these and thousands more, including dozens that going to be filed with thus court, the US Supreme Court, snd with the US Congress, looking into this, were on my Windows XP Workstation.  I was told by co workers that your firm suggested to Trillium to destroy evidence in thus case, especially my medical requests, requests for ADA accommodations, grievances filed for sexual harassment, and my complaint about being demoted and publicly harassed by Korjenek for speaking out about patient profiling. If you had not destroyed those records, you could look at them and at the flood of criminal complaints and records headed your way. I'm pretty sure the Hispanic pregnancy records and second hand treatment us going to outrage even conservatives opposed to immigration because it was so ugly . The tax evasion and illegal businesses are going to result in the a nightmare for you and the national news coverage us going to result in federal investigators at long last being forced to poke into this. You can only hurt people do much before they do something about it. I loathe the idea of putting Coplin, Cole, Cytrynbaum, Finkelstein Miller, snd Wuest in prison. Prison doesn't do anyone any good and it usually puts people beyond the grace of finding God. You forced me to release Those documents with your foolishness. There will be a steep price to pay for this, maybe not with thus court, but law enforcement don't ignore it. All I ever wanted was you to restore my name, pay for my injuries and make me financially whole, again. Now it's going to cost you ten or twenty times that just defending the criminal charges.

Mike Brooks


Sent from my iPhone


> On May 21, 2020, at 10:14 AM, Galloway, Stephen <stephen.galloway@stoel.com> wrote:
>
> 
>
> Dear Mr. Brooks,
>
> On or about May 18, we received your (1) Objection To Declaration; Motion For Summary Judgment; Motion For Permanent Protective Order; and (2) Motion To Seal Exhibits OR, in the Alternative Motion To Unseal and Make Known To The Victims Harm Done by Defendant.  As acknowledged in your certificate of service, we did not receive copies of all of the exhibits, which you have asked the court to file under seal.
>
> As we have expressed to you several times now, we do not object to you filing medical records or protected health information under seal, but if you are going to rely on such exhibits, we are entitled to copies.  That is especially true where, as here, some of the documents at issue are purportedly Agate's own billing records.  **Please let me know if**

EXHIBIT 5
Page 1 of 2

**you will provide us with copies of Exhibits 3, 4, and 8, and if not, whether you oppose a motion to strike those exhibits.**

Thank you for your attention to this matter. I look forward to your response.

Regards,

**Stephen H. Galloway**
**STOEL RIVES LLP** | 760 SW Ninth Avenue, Suite 3000 | Portland, OR 97205
Direct: (503) 294-9369 | Mobile: (503) 367-6832 | Fax: (503) 220-2480
stephen.galloway@stoel.com | Bio | vCard | www.stoel.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

EXHIBIT 5
Page 2 of 2