| | |
|---|---|
| **From:** | Mike Brooks |
| **To:** | Galloway, Stephen |
| **Cc:** | Keating, Reilley; Lee, Rachel C.; Holland, Darise |
| **Subject:** | Re: Brooks v. Agate Resources; Ninth Circuit Case No. 19-35547 [SR-ACTIVE.FID3130539] |
| **Date:** | Friday, September 4, 2020 6:20:46 PM |

I want to be Clear about this. These records were sent to the US Supreme Court snd to the usual third party that will make everything public if I or a member if my family is harmed in any way. As far as I can determine, none of these were covered under Aiken's gag order and she would have no say. Trillium and Centene, and I have Elizabeth McClarey's records showing Centene has been paying you and giving you directions, so just drop the Agate Resources garbage right now. Trillium executives, Russo, Aiken, and Stoel Rives defamed never and wrecked my health. You need to understand that this isn't a game you will be allowed to win. Evil will not prevail. God knows you horrible monsters harmed innocent children, minorities, the aged, the sick, the poor, and it is God's work to see you stopped. It's over. Get right with God or suffer the consequences.

Mike

Sent from my iPhone

> On Sep 4, 2020, at 5:57 PM, Mike Brooks <mibrooks@mac.com> wrote:
>
> Did not receive the DVD? There is something wrong. I was unaware that there were any DVD's with the filing to the Ninth Circuit. The sealed exhibits went to the US Supreme Court and I am excluding you and everyone else from that data. It is records of foreign nationals. If you request them, I will feel obliged to send that information to the governments of those foreign nationals, mainly students,
>
> Mike Brooks
>
> Sent from my iPhone
>
>> On Sep 4, 2020, at 5:36 PM, Galloway, Stephen <stephen.galloway@stoel.com> wrote:
>>
>> Dear Mr. Brooks,
>>
>> On or about August 28, we received your (1) Answer Defense Motion to Exclude Evidence; and (2) letter to the Ninth Circuit, which it docketed as a motion to seal three DVDs. We have not received copies of the DVDs or the exhibits contained on them.
>>
>> As we have expressed to you multiple times now, we do not object to you

EXHIBIT 6
Page 1 of 2

filing medical records or protected health information under seal, but if you are going to rely on such exhibits, we are entitled to copies.  That is especially true where, as here, some of the documents at issue appear to be Agate's own billing records.  **Please let me know if you will provide us with copies of the three DVDs referenced in your letter, and if not, whether you oppose a motion to strike those exhibits.**

Thank you for your attention to this matter.  I look forward to your response.

Regards,

**Stephen H. Galloway** | Of Counsel
**STOEL RIVES LLP** | 760 SW Ninth Avenue, Suite 3000 | Portland, OR 97205
Direct: (503) 294-9369 | Mobile: (503) 367-6832
stephen.galloway@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

EXHIBIT 6
Page 2 of 2