Reilley D. Keating, OSB No. 073762
reilley.keating@stoel.com
Stephen H. Galloway, OSB No. 093602
stephen.galloway@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. MICHAEL T. BROOKS,<br><br>  Relator,<br><br>  v.<br><br>TRILLIUM COMMUNITY HEALTH PLAN, INC., AGATE RESOURCES, INC., and LANE INDIVIDUAL PRACTICE ASSOCIATION, INC.,<br><br>  Defendants. | Case No.: 6:14-cv-01424-MC<br><br>**DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY RELATOR SHOULD NOT BE ADJUDGED IN CIVIL CONTEMPT** |

I, Reilley D. Keating, declare as follows:

1. I am one of the counsel of record for Trillium Community Health Plan, Inc., Agate Resources, Inc., and Lane Individual Practice Association, Inc., in the above-captioned proceeding. I make this declaration in support of Defendants' Motion for Order to Show Cause

Page 1 - DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY RELATOR SHOULD NOT BE ADJUDGED IN CONTEMPT

111919351.1 0061542-00016

Why Relator Should Not Be Adjudged in Civil Contempt. I have personal knowledge of the facts stated in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy, with pertinent portions highlighted, of email correspondence between myself and Relator Michael T. Brooks on August 6, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy, with pertinent portions highlighted, of an email that Mr. Brooks sent me on August 9, 2021.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: August 10, 2021.

*/s/ Reilley D. Keating*
Reilley D. Keating

Page 2   -   DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY RELATOR SHOULD NOT BE ADJUDGED IN CONTEMPT

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF REILLEY D. KEATING IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY RELATOR SHOULD NOT BE ADJUDGED IN CONTEMPT** on the following named person(s) on the date indicated below by:

☒ mailing with postage prepaid

☐ overnight delivery

☒ email

☐ notice of electronic filing using the CM/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

> Michael T. Brooks
> 32713 Vintage Way
> Coburg, OR  97408
> Tel:     541-556-6130
> Email:  mibrooks@mac.com
>
> *Plaintiff Pro Se*

DATED:  August 10, 2021.

STOEL RIVES LLP

*/s/ Reilley D. Keating*
REILLEY D. KEATING, OSB No. 073762
reilley.keating@stoel.com
STEPHEN H. GALLOWAY, OSB No. 093602
stephen.galloway@stoel.com
Telephone:  503.224.3380

Of Attorneys for Defendants

Page 1   -   CERTIFICATE OF SERVICE

111919351.1 0061542-00016