| | |
|---|---|
| **From:** | Mike Brooks |
| **To:** | Keating, Reilley |
| **Subject:** | Re: U.S. ex rel. Michael T. Brooks v. Trillium Community Health Plan et al.; District of Oregon Case No. 6:14-cv-01424-MC; Motion for Order to Show Cause Why Relator Should Not Be Adjudged in Civil Contempt [SR-ACTIVE.FID3833600] |
| **Date:** | Friday, August 6, 2021 6:11:29 PM |

As far as I know, I have no documents or evidence that was covered by the protective order. As you well know, I gave all if the documents I had to Leinman snd Johnson in 2016. Those were stored in a locked room. As far as I know, and there is an email trail proving it, except for a few notebooks taken by Dugan, ALL of these documents were stolen on August 10, 2017. To be very clear, ALL OF THE ELECTRONIC DOCUMENTS I HAD WERE STOLEN ON 8/10/2017. I have no idea if some were taken earlier, not returned or what. The ONLY documents I had were ones you sent me and bits of ones that were given to the court as exhibits. There us nothing else. Quit being a paranoid bully!
I am not sure what you are trying to pull with this stunt of yours, but I get pieces paper copies if this stuff sent to me snd I forward it to the US Supreme Court with an explanation. I assume that you or Dugan or Leiman & Johnson has been behind those blind drops in an attempt to frame me.

You participated in the homicide of dozens if innocent people. Cut it out. Based on what I am being told, Centene is in the business of opposition research with SKDK, Anita Dunn and Andy Slavitt providing medical records as opposition research for Cuomo snd Biden. If there us one shred of truth to that, I will testify in court as to everything I have seen. I may not have the records now, but I know what was in them and someone has them and sent me a Q4 2010 HIV spreadsheet that I forewarned the Supreme Court with an explanation. The district court case is closed. It cannot be closed to appeals or motions from me, closed from motions to the Supreme court snd open to you. It doesn't work that way. I cannot sent those records to you and the district court and you did not abide by HIPAA anyways, I sent them to the Supreme Court which is the only court with jurisdiction over this mess you created. For my part, I have multiple sclerosis snd cannot walk for more than a few feet. I am
In physical therapy dive days a week. I have Nothing. Don't you get it. You got Centene snd those awful people at Agate off free. They injured me at work and were able to skate without covering anything. I still have a crushed left foot. My right lung is partially collapsed and

Sent from my iPhone

> On Aug 6, 2021, at 4:39 PM, Keating, Reilley <reilley.keating@stoel.com> wrote:
>
> Mr. Brooks,
>
> Pursuant to District of Oregon Local Rule 7-1(a), I am writing to confer with you about the subject matter of a motion that we are intending on filing with the District of Oregon in the above-referenced case.
>
> As you know, on January 29, 2021, the District Court issued an order granting Defendants' Motion to Enforce Protective Order and that ordered you to (1) return or

EXHIBIT 1
Page 1 of 3

destroy all of Defendants' confidential documents in your possession, custody, or control, (2) return all of Defendants' documents in your possession, custody, or control that contain protected health information under the Health Insurance Portability and Accountability Act, and (3) certify to this Court that you have complied with the above orders. In February, you sent us 12 USB drives and a document titled "Declaration Michael T. Brooks," and told us that you have sorted through boxes in storage and found no PHI. You also indicated that you would file an update with the Court, but we have not received any such filing. We then inquired about Defendants' other confidential documents (including those not containing PHI), and you indicated that you had sent documents "concerning tax fraud and rug [sic] dealing by Oregon snd [and] Agate to the IRS" and indicating that you believe the protective order entered by the Court pertains only to PHI.

From our review of the documents included on the USB drives you sent us, it does not appear that you have returned *all* of the documents that you took from Agate during your employment. The Protective Order covered all such documents and the Court has ordered that they all be returned or destroyed. Further, your recent filings with the U.S. Supreme Court (in U.S. Supreme Court Case Nos. 20-8177 and 20-8413) indicate that you still retain Defendants' Confidential Information, including documents containing PHI, because your filings have contained such information. Your filings also indicate that you have provided (or are threatening to provide) Confidential Information to other third parties, which also would be a violation of the Protective Order.

Defendants therefore plan to file a Motion for Order to Show Cause as to why you should not be held in contempt of Court for failure to comply with the Court's January 29, 2021 Enforcement Order. We would consider not filing this motion if you file with the Court a sworn affidavit or declaration with unequivocal proof of the following:

1. That you have returned or destroyed all documents and information subject to and protected by the Protective Order, including all documents that contain and/or are derived from such Confidential Information; and

2. That you have not disclosed or provided copies of any Confidential Information to any third person or, if you have disclosed Confidential Information to any third person, that each such person has (a) signed the Declaration of Compliance attached as Exhibit A to the Protective Order; (b) certified that the person has not disclosed such Confidential Information to anyone else; and (c) returned and delivered all such Confidential Information to you as required by the Protective Order and that you since have returned or destroyed that returned material.

If you have not returned or destroyed all of the documents and information protected by the Protective Order, then please provide us with a list of all such Confidential

EXHIBIT 1
Page 2 of 3

Information in your possession, custody or control (or in the possession, custody or control of third persons to whom you have disclosed it) and identify specifically where that information is located.

Please respond to this no later than 3:00 p.m. on Monday, August 9, 2021, after which time we will file our motion with the Court.

Regards,

**Reilley D. Keating** | Partner
**STOEL RIVES LLP** | 760 SW Ninth Avenue, Suite 3000 | Portland, OR 97205
Direct: (503) 294-9823
reilley.keating@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**EXHIBIT 1**
**Page 3 of 3**