FILED 10 NOV '21 10:00 USDC-ORE

SUBMITTE: NOVEMBER 10, 2021

RE: CASE NUMBER 6:14-CV-1424-MC - UNITED STATES OF AMERICA EX REL V. AGATE RESOURCES et AL [SHOW CAUSE HEARING] NOVEMBER 10, 2021

UNITED STATES FEDERAL DISTRICT Ct OF OREGON IN EUGENE OREGON

MAGISTRATE JUDGE MICHAEL McSHANE

DOCUMMENT SUBMITTED: AMICUS CURIAE BRIEF

FROM ROY MARK BAILETS
503-914-9710

OSJA
GENERAL DELIVERY
BEAVERTON, OREGON [97005]

Re: Case Number 6:14-cv-1424-MC-United States of America ex rel v. Agate Resources et al [Show Cause Hearing]

I, Roy Mark Bailets, deputy clerk of the civilian Court of record for the Oregon Statewide Jural Assembly. General Delivery, Beaverton, Oregon, [97005].

I rise as amicus curiae, a friend of the court, and an interested third party. I make my Claim of Conusance as deputy clerk for the Oregon Statewide Jural Assembly, a civilian court of record.

Statement:

I provide notice that this United States Federal District Court of Oregon in Eugene, located Wayne L Morse Federal Building, 405 East Eighth Avenue, Eugene, Oregon, [97401], does not have Territorial Jurisdiction. Show and enter into the record that the Oregon Legislature has voted and approved this federal building site for the United States government to build "needful buildings".

Demand:

Provide lawful evidence of this Court's Territorial Jurisdiction in written form into the record of this docket number.

Provide evidence this is a Constitutional Article III Court.

This communique is not intended to mislead, defraud, deceive, nor threaten in any way and is submitted in good faith and with clean hands. I do lawful, not legal. I do de jure not de facto color of law. This is my best effort.

_Roy Mark Bailets_ Signed
ROY MARK BAILETS   Date: 11/08/2021

JURAT

Living Testimony in the form of an Affidavit

I am, I am known as one of the people. The flesh, blood and soul, body/mind/spirit, on Oregon, an Oregonian, a non-U.S. Citizen as witness the living man known as Roy Mark Bailets and he affirmed the foregoing Living Testimony in the Form of an Affidavit before me and for the purposes he has described; in Witness whereof I set my hand and thumb print to seal this 8th day of NOVEMBER 2021.

Cynthia Palmatier 11/08/2021     charliewhite 11/8/2021