UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL T. BROOKS, ex rel. United States of America; Relator,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AGATE RESOURCES, INC.; et al.,<br><br>Defendants - Appellees. | No. 21-36016<br><br>D.C. No. 6:14-cv-01424-MC<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

The judgment of this Court, entered June 14, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7