# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 20, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Michael T. Brooks
v. Agate Resources, Inc., et al.
No. 22M82
(Your No. 21-36016)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondents for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record is granted.

Sincerely,

**Scott S. Harris**, Clerk